THE MODEL PLAN FINANCE CORPORATION, APPELLANT, v. JOHN DEMPSEY, RESPONDENT.

Submitted October 30, 1931—Decided May 16, 1932.

For the appellant, *Corn & Silverman.*

For the respondent, *Benjamin S. Appel.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—The Chief Justice, Trenchard, Lloyd, Case, Bodine, Donges, Van Buskirk, Kays, Hetfield, Dear, Wells, Kerney, JJ. 12.

*For reversal*—None.